**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | |
| **Plaintiff,** | | |
| | | **CASE NO. 2:25-PO-00035** |
| **v.** | | |
| | | **MAGISTRATE JUDGE JOLSON** |
| **Gauge D. Klinger,** | | |
| **Defendant.** | | |

---

**ORDER**

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **Dismissed**.

s/Kimberly A. Jolson
_____
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

8/12/2025
_____
**DATE**